## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**TYLER HENLEY,**

   **Plaintiff/Counterclaim Defendant,**

**v.**

**MAZZELLA LIFTING
TECHNOLOGIES, INC.,**

   **Defendant/Counterclaimant.**

**Case No. 25-CV-00788-G**

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Hilary H. Wise moves the Court for an Order allowing her to withdraw as counsel of record for Defendant/Counterclaimant Mazzella Lifting Technologies, Inc. ("Defendant Mazzella"). In support of this Motion, Ms. Wise states as follows:

1. Defendant, Mazzella has been represented by Elaine R. Turner and Hilary H. Wise of the law firm Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. Ms. Wise will be leaving the firm effective June 12, 2026. Therefore, it is necessary for her to withdraw as counsel of record for Defendant Mazzella.

3. Defendant Mazzella will continue to be represented by Elaine R. Turner of Hall Estill.

4. This Motion will not delay any deadlines in this case.

WHEREFORE, Hilary H. Wise respectfully requests that the Court enter an Order allowing her to withdraw as one of the counsel of record for Defendant Mazzella.

Respectfully submitted,


*s/ Hilary H. Wise*
Elaine R. Turner, OBA #13082
Hilary H. Wise, OBA #35200
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
Email:  hwise@hallestill.com

and

Ami J. Patel* Ohio Bar No. 0078201
Dylan C. Brown* Ohio Bar No. 0104992
**ZASHIN & RICH, CO, LPA**
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Telephone:  (216) 696-4441
Facsimile:  (216) 696-1618
ajp@zrlaw.com
dcb@zrlaw.com
*\*Admitted pro hac vice*

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2026, I electronically transmitted the

foregoing document to the Clerk of Court using the ECF System for filing and transmittal

of Notice of Electronic Filing to the Following ECF registrants:

J. Dillon Curran, OBA #19442
Beth Attaway, OBA #35539
Conner & Winters, LLP
1700 One Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
dcurran@cwlaw.com
battaway@cwlaw.com

Robert C. Stevens
Katherine Graham Poirot
Seyfarth Shaw LLP
1075 Peachtree Street, NE
Ste 2500
Atlanta, GA 30309
Email: bstevens@seyfarth.com
404-885-6727
Email: kgpoirot@seyfarth.com
Telephone: (404) 885-7987
Facsimile: (404) 892-7056

*/s/ Hilary H. Wise*
Hilary H. Wise

3

22341567.1:016498.00001